**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA (TAMPA)**
**TAMPA DIVISION**

In re:                         CASE NO.: 8:07-bk-12355-MGW

Bryan L. Shannon AND
Kim B. Shannon,

                 Debtor(s)  /

**MOTION FOR RELIEF FROM STAY**
**FOR LACK OF ADEQUATE PROTECTION AND EQUITY**
**BY HOME LOAN SERVICES, INC.**

**COMES NOW, Home Loan Services, Inc.,** and/or its assigns, a secured creditor, by and through its undersigned attorney, respectfully moves this Court, pursuant to 11 U.S.C., Section 361 and Section 362, for relief from stay for lack of adequate protection or full relief from the automatic stay and as grounds therefor Movant would show:

     1.  The Debtor(s) have filed for protection under Chapter 13 of the Bankruptcy Code on or about December 14, 2007.  The Debtor(s) have retained possession of the subject real property pursuant to an Order of Stay entered by this Court on or after said date.

     2.  Home Loan Services, Inc., and/or its assigns holds a promissory note secured by a mortgage, attached hereto as Exhibit "A", encumbering the subject real property situated, lying and being at the City of Riverview, in the State of Florida, County of Hillsborough, more specifically described as follows:

> Lot 18, Block G, SOUTH FORK UNIT 4, according to the Map or Plat thereof, as recorded in Plat Book 98, Pages 88 through 95, of the Public Records of Hillsborough County, Florida.

     3.  Since the filing of the Bankruptcy, Debtor(s) have failed to make any post-petition payments due 1/1/2008, and all subsequent payments.

B&H # 255084.002

4. The following post-petition payments are delinquent:

See attached Affidavit in Support of Motion.

5. The afore-described account is contractually due for 1/1/2008.

6. Title to the above-described real property is presently vested in the Debtor(s). The Debtor(s) have not listed the property as exempt. Further, Debtor(s) "Chapter 13 Plan" states that the debtor(s) will surrender said property.

7. That by virtue of the failure of the Debtor(s) to make any effort to pay the mortgage encumbering the subject real property, the taxes or insurance, the lien against the subject property is rapidly increasing while at the same time the security collateral of Home Loan Services, Inc., and/or its assigns is deteriorating in condition and decreasing in value causing said creditor's ability to be paid by its security collateral to be continually decreasing and to further reflect its lack of adequate protection.

8. The above-described real property is being used by the Debtor(s) causing depreciation and waste of said property, thereby threatening the value of said creditor's interest in its security collateral. Home Loan Services, Inc., and/or its assigns, does not have and the Debtor(s) have not offered adequate protection for Movant's interest in the real property securing collateral.

9. Home Loan Services, Inc., and/or its assigns, is entitled to relief from the automatic stay pursuant to 11 U.S.C. Section 362(d)(1) based on the Debtor(s) failure to make the required post-petition payments. Alternatively, Home Loan Services, Inc., and/or its assigns, is entitled to received adequate protection payments to protect it from the diminution of the value of its interest in the mortgaged property. Such adequate protection payments shall include both a lump sum payment to cure the post-petition arrearage and the resumption of the regular monthly mortgage payments.

WHEREFORE, Home Loan Services, Inc., and/or its assigns, request this Court to enter and Order granting relief from the automatic stay so that it may proceed with foreclosure of the mortgaged property, or alternatively, direct Debtor(s) to provide adequate payments to Home Loan Services, Inc.

**DATED** this 2nd day of April, 2008

/s/ Danielle N. Parsons
Danielle N. Parsons, Esquire
Butler and Hosch, P.A.
3185 S. Conway Rd. Suite E
Orlando, FL 32812
Telephone No: 407-381-5200
Fax No: 407-381-5577
Bar No: 0029364
Attorney for Movant

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the following:

Debtor: Bryan L. Shannon
11105 Summer Star Drive
Riverview, FL 33569

Debtor: Kim B. Shannon
11105 Summer Star Drive
Riverview, FL 33569

Debtor Attorney: G. Donald Golden
G. Donald Golden, PA
213 N Parsons Avenue
Brandon, FL 33510

Bankruptcy Trustee: Terry E. Smith
PO Box 6099
Sun City Center, FL 33571

**DATED** this 2nd day of April, 2008

/s/ Danielle N. Parsons
Danielle N. Parsons, Esquire