**FLORIDA**
COUNTY OF *HILLSBOROUGH*
POOL NO.
LOAN NO.   *(4000362157 ) [Goldman Sachs]*

INSTR # 2006057001
O BK 16068 PG 1261
Pg 1261; (1pg)
RECORDED 02/02/2006 10:00:22 AM
PAT FRANK CLERK OF COURT
HILLSBOROUGH COUNTY
DEPUTY CLERK K Snider

Assignment-Interv.-Recorded
WHEN RECORDED MAIL TO:
*SECURITY CONNECTIONS*
*1935 INTERNATIONAL WAY*
*IDAHO FALLS, ID 83402*
*ATTN ASSIGNMENT TRACKING*

# ASSIGNMENT OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS, that *NATIONPOINT, A DIVISION OF NAT CITY BANK OF IN* ,

located at *2150 NORTH FIRST STREET, SUITE 100, SAN JOSE, CA 95131*  ,
"Assignor," in consideration of the sum of *TEN DOLLARS ($10.00)* and other good
and valuable consideration paid by *FIRST FRANKLIN FINANCIAL CORPORATION*

located at *2150 NORTH FIRST STREET, SUITE 100, SAN JOSE, CA 95131*
"Assignee", does hereby grant, bargain, sell, assign, transfer and set over unto Assignee
a certain indenture of mortgage bearing the date of *JUNE 3, 2005*
made by *KIM B SHANNON AND BRIAN SHANNON*
and recorded in
Book *15168* , page *1188* , Clerk's File #*2005277217* public records
of *HILLSBOROUGH* County, Florida, upon the following described property:

**AS DESCRIBED ON SAID MORTGAGE REFERRED TO HEREIN.**

TOGETHER WITH the note(s) and documents therein described or referred to, the money due and to become due, with interest, and all rights accrued or to accrue under said Mortgage.
TO HAVE AND TO HOLD the same unto the said Assignee, its successors and assigns forever.
IN WITNESS WHEREOF the said Assignor has caused these presents to be executed in its name by its proper officers thereunto duly authorized this *5th* day of *JANUARY 2006* , but effective _____ .

*CARLA TENEYCK*
WITNESS

NATIONPOINT, A DIVISION OF NAT CITY BANK OF IN
BY: _____
*M. L. MARCUM*
*VICE PRESIDENT*

*SANDY BROUGH*
WITNESS

STATE OF *IDAHO*   )
                   ) ss
COUNTY OF *BONNEVILLE*  )

On *JANUARY 5, 2006* , before me, the undersigned, personally appeared
*M. L. MARCUM* who is known to me to be the person who executed
the within instrument as the *VICE PRESIDENT*
of the Corporation that executed the within
instrument and acknowledged to me that the Corporation executed the within instrument pursuant to its by-laws or a resolution of its board of directors.

WITNESS my hand and official seal.

*KRYSTAL HALL* (COMMISSION EXP. 11-14-11)
NOTARY PUBLIC

[SEAL: KRYSTAL HALL / NOTARY PUBLIC / STATE OF IDAHO]

PREPARED BY
*KARLEEN MAUGHAN*
1935 INTERNATIONAL WAY
IDAHO FALLS, ID 83402

P=S.002.02272.45
C=S.310.0609          J=FF8010105AI.S.138701

**FLORIDA**
COUNTY OF *HILLSBOROUGH*
POOL NO.
LOAN NO.   *(4000362157 ) [Goldman Sachs]*

*ASGITR*
*Assignment-Interv.-Recorded*
WHEN RECORDED MAIL TO:
*SECURITY CONNECTIONS*
*1935 INTERNATIONAL WAY*
*IDAHO FALLS, ID  83402*
*ATTN ASSIGNMENT TRACKING*

# ASSIGNMENT OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS, that *NATIONPOINT, A DIVISION OF NAT CITY BANK OF IN*,
located at *2150 NORTH FIRST STREET, SUITE 100, SAN JOSE, CA 95131*,
"Assignor," in consideration of the sum of *TEN DOLLARS ($10.00)* and other good and valuable consideration paid by *FIRST FRANKLIN FINANCIAL CORPORATION*
located at *2150 NORTH FIRST STREET, SUITE 100, SAN JOSE, CA 95131*
"Assignee", does hereby grant, bargain, sell, assign, transfer and set over unto Assignee a certain indenture of mortgage bearing the date of *JUNE 3, 2005*
made by *KIM B SHANNON AND BRIAN SHANNON*
and recorded in Book *15168*, page *1188*, Clerk's File # *2005277217*   public records of *HILLSBOROUGH*   County, Florida, upon the following described property:

*AS DESCRIBED ON SAID MORTGAGE REFERRED TO HEREIN.*

  TOGETHER WITH the note(s) and documents therein described or referred to, the money due and to become due, with interest, and all rights accrued or to accrue under said Mortgage.
  TO HAVE AND TO HOLD the same unto the said Assignee, its successors and assigns forever.
  IN WITNESS WHEREOF the said Assignor has caused these presents to be executed in its name by its proper officers thereunto duly authorized this  *5th*   day of *JANUARY 2006*, but effective _____.

                    *NATIONPOINT, A DIVISION OF NAT CITY BANK OF IN*
_____            BY: _____
*CARLA TENEYCK*                     *M. L. MARCUM*
WITNESS                             VICE PRESIDENT

                                    _____
                                    *SANDY BROUGH*
                                    WITNESS

STATE OF   *IDAHO*          )
                            ) ss
COUNTY OF  *BONNEVILLE*     )

On *JANUARY 5, 2006*, before me, the undersigned, personally appeared *M. L. MARCUM* who is known to me to be the person who executed the within instrument as the *VICE PRESIDENT* _____ of the Corporation that executed the within instrument and acknowledged to me that the Corporation executed the within instrument pursuant to its by-laws or a resolution of its board of directors.

WITNESS my hand and official seal.

_____
*KRYSTAL HALL   (COMMISSION EXP. 11-14-11)*           PREPARED BY
NOTARY PUBLIC

                                    S       *KARLEEN MAUGHAN*
                                            *1935 INTERNATIONAL WAY*
                                            *IDAHO FALLS, ID  83402*

P=S.002.02272.45
C=S.310.0609        J=FF8010105AI.S.138701    *4000362157*