UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (TAMPA)
TAMPA DIVISION

CASE NO.: 8:07-bk-12355-MGW

In re:
Bryan L. Shannon AND
Kim B. Shannon,

_____Debtor(s)____/

## AFFIDAVIT IN SUPPORT OF
## THE MOTION TO MODIFY AUTOMATIC STAY

BEFORE ME, this day personally appeared _Augustus Stewart_, (Affiant) who upon oath, deposes on personal knowledge and says:

1. This Affidavit is submitted in support of the Motion for Relief From Stay filed in this action by Movant, Home Loan Services, Inc, its Successors and/or Assigns.

2. My name is _Augustus Stewart_ and I am a Bankruptcy Specialist for the Movant. In that capacity, I am familiar with the books and accounts of the Movant and have examined all books, records, and documents kept by the Movant concerning the transaction alleged in the Motion. All of these books, records and documents are kept by the Movant in the regular course of its business and are made at or near the time of transaction using information transmitted by persons with personal knowledge of the facts. It is the regular practice of the Movant to make and keep these books, records and documents. The books, records, and documents, which the Affiant has examined are in the custody, and under the supervision and control of the Affiant, and are complete, accurate and correct. Furthermore, Affiant has personal knowledge of the matters contained in the books, records and documents.

3. My responsibilities include, but are not limited to, handling delinquent bankruptcy accounts, ascertaining amounts due and payable, and otherwise handling collections.

4. I have personal knowledge of the facts contained in this Affidavit. Specifically, I have personal knowledge of the facts regarding the sums of money which are due and owing pursuant to the Note and Mortgage which are the subject matter of this action.

5. Said Note and Mortgage in favor of Home Loan Services, Inc, has an outstanding principal balance of $166,507.49.

6. The Debtor has defaulted under the Note and Mortgage by failing to pay the

**Comment [MAI1]:** CLIENT NAME IS PROGRAMMED TO PULL IN IF ORIGINAL MORTGAGE WAS IN FAVOR OF DIFFERENT ENTITY, CORRECT NAME ACCORDINGLY.

payment due on 1/1/2008 and all subsequent payments.

7. The pre-petition arrearage is $_____ from through _____.

8. The post-petition arrearage is $4,101.81, breakdown as follows:

   $3,974.34    $1,324.78 X 3 (1/1/2008-3/1/2008)
   $127.47      $42.49 X 3 (late charges)
   $4,101.81 TOTAL

9. The sum set forth in Paragraph 5 above remain due and owing and unpaid. This account does not include the attorneys' fees incurred by Butler and Hosch, P.A. in this action.

10. The Mortgage Note and Mortgage, and Supplemental Riders, Amendments, and Modifications, if any, attached to the Motion are genuine, authentic and true copies of the originals.

11. The Plaintiff has employed the services of the law firm of Butler & Hosch, P.A. in this action against the Defendant, and is obligated to pay Butler & Hosch, P.A. a reasonable attorney's fee for its services, along with all costs and expenses in this action.

12. I have read the Motion and know from my own personal knowledge that the allegations and facts contained therein are true, accurate and correct.

FURTHER AFFIANT SAYETH NOT.

_____
Affiant

Augustus Stewart
Print or Type Name

## JURAT

State of PA
County of Allegheny

Subscribed and sworn to (or affirmed) before me on this 1 day of April, 2008, by Augustus Stewart provided to me the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature Amanda Halligan
Notary Public
My Commission Expires:

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Amanda Halligan, Notary Public
City Of Pittsburgh, Allegheny County
My Commission Expires Nov. 27, 2011
Member, Pennsylvania Association of Notaries

B&H # 255084 002