# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In re:

CASE NO.: 8:07-bk-12355-MGW

Bryan L. Shannon AND
Kim B. Shannon

_____Debtor(s)_____/

## AFFIDAVIT REGARDING SURRENDER OF COLLATERAL
## RE: DOCUMENT #23

STATE OF Florida
COUNTY OF Orange

BEFORE ME, this day personally appeared, affiant, legal assistant to Danielle N. Parsons who upon oath, deposes on personal knowledge and says:

1. Affiant is counsel of record for secured Creditor Home Loan Services, Inc.

2. Pursuant to Paragraph 9 of the Debtor's Chapter 13 Plan, the Debtor is specifically Surrendering the real property located at 11105 Summer Star Drive, Riverview, FL 33569, which is the collateral securing the mortgage in favor of Home Loan Services, Inc.

3. Counsel for Home Loan Services, Inc. has confirmed with Debtor(s) counsel and/or his legal assistant that the Debtor(s) Intent is to surrender this Collateral.

4. The legal description of said collateral is as follows:

B&H # 244644

Lot 18, Block G, SOUTH FORK UNIT 4, according to the Map or Plat thereof, as recorded in Plat Book 98, Pages 88 through 95, of the Public Records of Hillsborough County, Florida.

FURTHER AFFIANT SAYETH NOT.

_Danielle N. Parsons_
Affiant

_Danielle N. Parsons_
Print or Type Name

## JURAT

State of Florida
County of Orange

Subscribed and sworn to (or affirmed) before me on this 24th day of April, 2008, by Danielle N. Parsons provided to me the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _Celia J. Thomas_

Notary Public
My Commission Expires:

**CELIA T. THOMAS**
Notary Public, State of Florida
My Comm. Expires June 7, 2009
No. DD438008

B&H # 244644